JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

JOSHUA HURD,

Petitioner,

v.

SHERIFF OF LOS ANGELES COUNTY,

Respondent.

CASE NO. 2:26-cv-5090-MWF (SK)

**JUDGMENT**

Pursuant to the Order Dismissing Habeas Action, **IT IS ADJUDGED** that the petition under 28 U.S.C. § 2241 is dismissed without prejudice.

DATED: August 7, 2026

MICHAEL W. FITZGERALD
United States District Judge